

225 Broadway, Suite 1405
New York, New York 10007
T: (212) 385-0066  F: (212) 385-2117
dsblawny.com

William J. Dealy (1946-2012)  
Milo Silberstein  
Marc D. Braverman  
Laurence J. Lebowitz

Amanda E. Maguire  
Maria Louisa Bianco  
———  
Albert J. Soler  
Of Counsel

June 6, 2022

**VIA ECF**

The Hon. Katherine Polk Failla  
United States District Court  
Southern District of New York  
Thurgood Marshall United States District Courthouse  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

        **Re:**    *Gannon v. 75 & 81 Orchard Associates LLC, et al.*  
               S.D.N.Y. Case No.: 22-cv-01678-KPF

Dear Judge Failla:

    This firm represents Defendant 75 & 81 Orchard Associates LLC ("Defendant Orchard").

    We write with consent of Plaintiff's counsel.  Defendant No Idols NYC, LLC has not yet appeared in this matter.

    Due to an unavoidable conflict, Defendant Orchard respectfully requests a brief adjournment of the Initial Conference that is currently scheduled for Thursday, June 9, 2022 at 12 P.M.

    No prior requests for adjournment have been made by any party.

                                            Respectfully submitted,

                                            Amanda E. Maguire

AM/lv

Application GRANTED.  The initial pretrial conference scheduled for June 9, 2022, is hereby ADJOURNED to **June 23, 2022, at 2:30 p.m.** The Clerk of Court is directed to terminate the pending motion at docket number 13.

| | |
|---|---|
| Dated:     June 7, 2022<br>            New York, New York | SO ORDERED.<br><br>*Katherine Polk Failla* (signature)<br><br>HON. KATHERINE POLK FAILLA<br>UNITED STATES DISTRICT JUDGE |