**Adam Ford** (NYB #4115531)
FORD & HUFF LC
228 Park Avenue South
New York, NY 10036
Telephone: (212) 287-5913
Email: adam.ford@fordhufflaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN GANNON, et al. <br><br> Plaintiff, <br><br> vs. <br><br> 75 & 81 ORCHARD ASSOCIATES LLC, et al. <br><br> Defendants. | **CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES TO DEFENDANTS** <br><br> Case No. 1:22-cv-1678 <br><br> Judge Katherine Polk Failla |

I, the undersigned, certify that on the 7th day of July 2022, I caused a true and correct copy of INITIAL DISCLOSURES to be served as listed below:

    75 & 81 ORCHARD ASSOCIATES LLC
    Amanda Maguire, Esq.
    Via Email: amaguire@dsblawny.com

DATED the 7th day of July 2022.

                                                FORD & HUFF LC

                                                /s/ Adam D. Ford
                                                Adam D. Ford (NYB #4115531)
                                                FORD & HUFF LC
                                                228 Park Avenue South
                                                New York, NY 10036
                                                Telephone: (212) 287-5913
                                                Email: adam.ford@fordhufflaw.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 7th day of July 2022, I caused a true and correct copy of the foregoing CERTIFICATE OF SERVICE OF INITIAL DISCLOSURES to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Adam D. Ford